No. 319. MILLS *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 344. ALKER *v.* HUMPHREY, SECRETARY OF THE TREASURY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John A. Ryan* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Leonard, Samuel D. Slade* and *Morton Hollander* for respondent.

No. 345. SWORD LINE, INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Theodore J. Breitwieser* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Leonard* and *Paul A. Sweeney* for the United States.

No. 347. BERESLAVSKY *v.* UNITED STATES. Court of Claims. Certiorari denied. *W. Brown Morton, Sr.* and *W. Brown Morton, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States.

No. 354. HICKINBOTHAM *v.* CORDER ET AL. Supreme Court of Arkansas. Certiorari denied. *Kenneth Coffelt* for petitioner. *Eugene R. Warren* for respondents.

No. 358. SNOWDEN *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Tobias G. Klinger* for petitioner.